**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Efrain OROZCO, Defendant–Appellant.**

**No. 13–1917.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2013.

Filed: Oct. 11, 2013.

Erica L. Mynarich, Mynarich Law L.L.C., Joplin, MO, for appellant.

Timothy A. Garrison, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BENTON, BEAM, and MELLOY, Circuit Judges.

**PER CURIAM.**

In 2011, a jury found Efrain Orozco guilty of possessing with intent to distribute 500 grams or more of a mixture containing cocaine, and possessing with intent to distribute 50 grams or more of a mixture containing cocaine base. He appeals the 120–month prison sentence that the district court[1] imposed after this court affirmed his conviction, but remanded for resentencing in light of *Dorsey v. United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). Counsel has requested leave to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738,

---

1. The Honorable Greg Kays, United States District Judge for the Western District of Mis-

87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion in failing to grant a greater downward variance based on Orozco's extraordinary family responsibilities.[2] We conclude, however, that the sentence imposed was not substantively unreasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review); *see also United States v. Kendall*, 475 F.3d 961, 963–64 (8th Cir.2007) (discussing resentencing upon remand). Further, having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

**2.** Orozco also sought a downward departure based on the same grounds, but we do not review a district court's discretionary decision not to grant a downward departure. *See*

*United States v. Dixon*, 650 F.3d 1080, 1084 (8th Cir.2011).